UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMANDA GARCIA and MERCEDES PEREZ,

    Plaintiffs,

 - against -

GUTMAN, MINTZ, BAKER & SONNENFELDT, P.C.,

    Defendant.

AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

07 Civ. 7090 (DC) (AJP)

---

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss.:

  Reynaldo Frias, being duly sworn, deposes and says:

  1. I am not a party to this action, am over 18 years of age, and reside at 367 Wadsworth Ave., #32, New York, N.Y. 10040.

  2. On August 14, 2007, I served the summons and complaint in this action upon defendant Gutman, Mintz, Baker & Sonnenfeldt by personally delivering a copy of the summons and complaint to Donna Denton at the defendant's offices at 813 Jericho Turnpike, New Hyde Park, N.Y. 11040. Ms. Denton identified herself as a partner of the firm.

            _____
            Reynaldo Frias

Sworn to before me this
22nd day of August, 2007

_____
Notary Public
James M. Baker
Qualified in N.Y. Co.
NYS Reg. #02BA6030337
My Commission Expires 11-5-07