NORTHERN MANHATTAN IMPROVEMENT
   CORPORATION
Attorneys for Plaintiff
By: James M. Baker (JB-7115)
76 Wadsworth Ave.
New York, N.Y.  10033
Tel.:  212-822-8347
Fax.:  212-740-9645

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMANDA GARCIA and MERCEDES PEREZ,

        Plaintiffs,

-- against --

GUTMAN, MINTZ, BAKER &
SONNENFELDT, P.C.

        Defendant.

---

STIPULATION

07 Civ. 7090 (DLC) (AJP)

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record for the parties hereto that the defendant's time to answer or move with respect to the complaint, which was personally served on August 14, 2007, is extended to and including September 18, 2007.

DATED:  New York, N.Y.
        August 28, 2007

So ordered.

*[signature]*
*Denise Cote*
*September 7, 2007*

                       NORTHERN MANHATTAN IMPROVEMENT
                          CORPORATION
                       Attorneys for Plaintiff

By:  _____
     James M. Baker
     (JB-7115)
     76 Wadsworth Ave
     New York, New York  10033
     212-822-8347

                              GUTMAN, MINTZ, BAKER &
                                 SONNENFELDT, P.C.
                              Defendant

                    BY:    _____
                              JOSEPH GOLDSMITH
                                (JG-8586)
                              813 Jericho Turnpike
                              New Hyde Park, New York   11040
                              516-775-7007

So ordered:


_____
      U.S.D.J.