NORTHERN MANHATTAN IMPROVEMENT
    CORPORATION
Attorneys for Plaintiff
By: Matthew J. Chachere (MC-2653)
76 Wadsworth Ave.
New York, N.Y. 10033
Tel.: 212-822-8347
Fax.: 212-740-9645

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 9/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMANDA GARCIA and MERCEDES PEREZ,

        Plaintiffs,

-- against --

GUTMAN, MINTZ, BAKER & SONNENFELDT, P.C.

        Defendant.

STIPULATION OF SETTLEMENT AND DISMISSAL PURSUANT TO RULE 41(a)(2), F.R.C.P.

07 Civ. 7090 (DC) (AJP)
(DCc)

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record for the parties hereto that this action is settled as follows:

1. Without admitting any liability or wrongdoing, Defendant agrees to pay Plaintiffs the sum of two thousand three hundred fourteen and 94/100 dollars ($2,314.94) in full satisfaction of all claims raised by Plaintiffs against Defendant in this action. Said payment will be made payable to Northern Manhattan Improvement Corporation as attorneys and will be paid within five (5) days of the execution of this agreement.

2. Upon full and timely payment, Plaintiffs agree to

execute general releases in favor of the Defendant.

3. The clerk is directed to enter judgment dismissing the complaint with prejudice. *The Clerk of Court shall close the case.*

4. The Court shall retain jurisdiction of this action for a period of thirty (30) days following entry of judgment solely for the purpose of enforcing the terms of this stipulation.

DATED: Nassau, N.Y.
September 17, 2007

                        NORTHERN MANHATTAN IMPROVEMENT
                          CORPORATION
                        Attorneys for Plaintiff

By: _____
     Matthew J. Chachere
     (MC-2653)
     76 Wadsworth Ave
     New York, New York   10033
     212-822-8300

GUTMAN, MINTZ, BAKER &
   SONNENFELDT, P.C.
Defendant

By: _____
     Joseph Goldsmith
     (JG-8586)
     813 Jericho Turnpike
     New Hyde Park, New York   11040
     516-775-7007

So ordered:

_____
U.S.D.J.
Sept. 19, 2007